Return to:
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 2 0 2015

CHRISTOPHER A. PRINE
CLERK

Case Number
01-14-00822-CR

| | | |
|---|---|---|
| Weylin Alford | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| The State of Texas | § | HOUSTON, TEXAS |

## Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

Weylin Alford

Pro se Appellant Harris Co Jail
N. 701 SW Jackoburt, TDCJ # 01762527 Bed 7Ni-3
Houston, Texas 77002

## Certificate of Service

This is to certify that on ___Feb. 18, 2015___ (Date), a true and correct copy of the above and foregoing document was served by mail on:

Harris County District Attorney's Office, 1201 Franklin, Suite 600, Houston, TX 77002

Weylin Alford

Pro se Appellant

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: Poulla Walter
SPN: 01626527 Cell: 7N-1-3
Street: 701 N San Jacinto
HOUSTON, TEXAS 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 20 2015

CHRISTOPHER A. PRINE
CLERK

NORTH HOUSTON TX 770

18 FEB 2015 PM 5 L

7700220G699

First Court of Appeals
301 Fannin Street
Houston, Texas 77002